**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James E. Allen,<br><br>        Plaintiff,<br><br>vs.<br><br>Joe Arpaio,<br><br>        Defendant. | No. CIV 05-1207-PHX-ROS (DKD)<br><br>**ORDER** |

It appearing to the Court that Defendant's Motion to Dismiss (Doc. #11), filed March 27, 2006, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion to Dismiss (Doc. #11).  All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 1st day of May, 2006.

_____
Roslyn O. Silver
United States District Judge